```
 1                IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   ESTATE OF ROSHAD MCINTOSH, Deceased,  ) Docket No. 15 C 1920
     By Cynthia Lane, Administrator,       )
 4                                         )
                              Plaintiff,   )
 5                                         )
                 vs.                       )
 6                                         )
     CITY OF CHICAGO, et al.,              ) Chicago, Illinois
 7                                         ) September 16, 2015
                              Defendants.) 8:30 o'clock a.m.
 8
                    TRANSCRIPT OF PROCEEDINGS - STATUS
 9                BEFORE THE HONORABLE AMY J. ST. EVE

10   APPEARANCES:

11   For the Plaintiff:          PEOPLE'S LAW OFFICES
                                 BY:  MS. SHUBRA OHRI
12                               1180 North Milwaukee Avenue
                                 Chicago, Illinois  60622
13
     For the City of Chgo:       CITY OF CHICAGO, DEPARTMENT OF LAW
14                               BY:  MS. MARION C. MOORE
                                 30 N. LaSalle St., Suite 900
15                               Chicago, Illinois  60602

16   For Deft. Officers:         CITY OF CHICAGO, DEPARTMENT OF LAW
                                 BY:  MR. SCOTT J. JEBSON
17                               30 N. LaSalle St., Suite 900
                                 Chicago, Illinois  60602
18
     Court Reporter:             MR. JOSEPH RICKHOFF
19                               Official Court Reporter
                                 219 S. Dearborn St., Suite 1232
20                               Chicago, Illinois  60604
                                 (312) 435-5562
21

22            *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

23                    PROCEEDINGS RECORDED BY
                       MECHANICAL STENOGRAPHY
24                TRANSCRIPT PRODUCED BY COMPUTER

25
```

1          THE CLERK:  15 C 1920, Lane vs. City of Chicago.
2          MS. OHRI:  Good afternoon, your Honor, my name is
3     Shubra Ohri for the plaintiff.
4          MS. MOORE:  Good afternoon, Marion Moore on behalf of
5     the City.
6          MR. JEBSON:  Good afternoon, Judge, Scott Jebson for
7     the officers.
8          THE COURT:  Good afternoon.
9          You are here for status.  The Court ruled earlier
10    this month on your motion to dismiss.
11         What is the status, and what is the status of your
12    discovery?
13         MS. OHRI:  Your Honor, we've exchanged written
14    discovery with individual defendants, and we're waiting on
15    appropriate responses from the City in regard to the
16    individual incident.
17         MS. MOORE:  That's correct.  We had held off on
18    discovery waiting on the bifurcation motion.  Now that we have
19    the ruling on that, the City does have some responses in
20    accordance with your ruling that we will be sending.  I
21    believe two weeks from Monday is what we --
22         THE COURT:  Do you intend to file an amended
23    complaint?
24         MS. OHRI:  I believe so.
25         THE COURT:  Did I give you a deadline for that?

```
 1              MS. OHRI:  No.
 2              THE COURT:  I am not sure I did.
 3              Can you get it on file in two weeks?  Is that
 4    sufficient?
 5              MS. OHRI:  Yeah.
 6              THE COURT:  So, two weeks for an amended complaint.
 7              THE CLERK:  September 30th.
 8              THE COURT:  How much time would you like to file an
 9    answer?  Three weeks?
10              MS. MOORE:  21 days.
11              THE CLERK:  October 21st.
12              THE COURT:  What else in terms of status, and have
13    you had any settlement discussions?  My guess is you were
14    probably waiting for the ruling.
15              MS. OHRI:  Your Honor, we briefly discussed
16    settlement and we issued a settlement demand, but -- yeah, so,
17    we issued a settlement demand and they responded.
18              THE COURT:  And they did respond?
19              MS. OHRI:  Yeah.  We -- well, not -- we had a
20    discussion.
21              THE COURT:  Okay.
22              MR. JEBSON:  Yeah, I -- I don't have good news like
23    the last case.
24         (Laughter.)
25              THE COURT:  When you come in, Mr. Jebson, I do not
```

```
 1   expect it.
 2        (Laughter.)
 3            MR. JEBSON:  I like having that reputation.
 4            We think this is a defendable case.  So, we think
 5   this one is going to go to trial.
 6            THE COURT:  You have your deadlines, so we will move
 7   forward.  Fact discovery does not close until December 18th.
 8   You have plenty of time.
 9            Do you still expect expert testimony?
10            MS. OHRI:  We do, your Honor.
11            THE COURT:  You have your deadlines for that, too.
12   So, go forward.
13            MS. OHRI:  Your Honor, if I may, I think that given
14   your order with the discovery being sequential, we're not sure
15   if we'll be able to finish Monell discovery by December 18th
16   at this point.
17            THE COURT:  It is only September.  It is way too
18   early to raise that.
19            MS. OHRI:  All right.
20            THE COURT:  So, let's see what you can do.
21            MS. OHRI:  Okay.
22            THE COURT:  Come back here, please, on November 16th
23   at 8:30.
24            Anything else?
25            MR. JEBSON:  No, thank you.
```

```
 1            THE COURT:  I meant that in positive way.
 2      (Laughter.)
 3            MR. JEBSON:  Thank you.
 4            THE COURT:  Thank you.
 5            MS. MOORE:  Thank you, Judge.
 6                  *     *     *     *     *
 7
 8  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
 9
10
    /s/ Joseph Rickhoff                        October 11, 2016
11  Official Court Reporter
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```