```
 1                   IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION


 3
     ESTATE OF ROSHAD MCINTOSH, Deceased,  ) Docket No. 15 C 1920
 4   By Cynthia Lane, Administrator,       )
                                           )
 5                             Plaintiff,  )
                                           )
 6              vs.                        )
                                           )
 7   CITY OF CHICAGO, et al.,              ) Chicago, Illinois
                                           ) November 16, 2015
 8                             Defendants.) 8:45 o'clock a.m.

 9
                    TRANSCRIPT OF PROCEEDINGS - STATUS
10                 BEFORE THE HONORABLE AMY J. ST. EVE

11
     APPEARANCES:
12

13   For the Plaintiff:         PEOPLE'S LAW OFFICES
                                BY:  MS. JANINE L. HOFT
14                              1180 North Milwaukee Avenue
                                Chicago, Illinois   60622
15

16

17

18

19
     Court Reporter:            MR. JOSEPH RICKHOFF
20                              Official Court Reporter
                                219 S. Dearborn St., Suite 1232
21                              Chicago, Illinois   60604
                                (312) 435-5562
22

23             *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

24                       PROCEEDINGS RECORDED BY
                           MECHANICAL STENOGRAPHY
25                    TRANSCRIPT PRODUCED BY COMPUTER
```

1      THE CLERK:  Recall 15 C 1920, Lane vs. City of
2 Chicago.
3      MS. HOFT:  Good morning, again, your Honor, Janine
4 Hoft, H-o-f-t, on behalf of the plaintiff.
5      THE COURT:  Good morning.
6      MS. HOFT:  We have a deposition scheduled for 10:00
7 at my office in this case.  I don't know if this slipped
8 through the City's cracks or --
9      THE COURT:  They are about 20 minutes late.  So, why
10 don't you tell me the status, if you would --
11     MS. HOFT:  Sure.
12     THE COURT:  -- Ms. Hoft, and we will see where you
13 are.
14     MS. HOFT:  We've completed about eight fact
15 depositions.  We have two scheduled this week, today and
16 tomorrow.  We have two additional outstanding notices out for
17 one of the defendants who has a separate lawyer, defendant
18 Sampim, and also the final officer witness, Officer Stauton.
19     And, then, we're prepared -- we have, I think, to
20 notice one additional deposition of a detective who
21 investigated the incident.
22     THE COURT:  Okay.
23     MS. HOFT:  We also recently learned of two
24 additional, I think, civilian witnesses.  So, we intend to
25 amend our 26(a)'s this week on those issues.

1          THE COURT:  You have a December 18th fact cutoff.
2          MS. HOFT:  We do.  And, then, we intend to proceed
3    then with Monell and expert discovery.
4          THE COURT:  Do you think you will meet your December
5    18th cutoff?
6          MS. HOFT:  I would hope to.
7          THE COURT:  All right.
8          MS. HOFT:  I don't know what the City's position
9    would be on that.
10         THE COURT:  Go forward as you have outlined and come
11   back here on December 14th, please.  The City must be present.
12   And we can talk about where you are at that point.
13         I would also like to talk about settlement at that
14   point, after the close or right before the close of fact
15   discovery, and see if there is any interest in going to see
16   your assigned magistrate judge, who is Judge Finnegan.  I know
17   the defendant has said in the past they think it is
18   defendable, but you have taken multiple depositions since
19   then.  We will see if anything has changed.
20         MS. HOFT:  Okay.
21         THE COURT:  Anything else, Ms. Hoft?
22         MS. HOFT:  No, I don't think so.  Thank you very
23   much.
24         THE COURT:  So, December 14th, then, at 8:30, please.
25         MS. HOFT:  Thank you.

```
1              THE COURT:  Thank you.
2                       *    *    *    *    *
3
4    I certify that the foregoing is a correct transcript from the
     record of proceedings in the above-entitled matter.
5
6
     /s/ Joseph Rickhoff                          October 11, 2016
7    Official Court Reporter
```