```
 1                  IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3   ESTATE OF ROSHAD MCINTOSH DECEASED,  ) Docket No. 15 C 1920
     BY CYNTHIA LANE, ADMINISTRATOR,      )
 4                                        )
                         Plaintiff,       )
 5                                        )
                vs.                       )
 6                                        )
     CITY OF CHICAGO, et al.,             ) Chicago, Illinois
 7                                        ) May 12, 2016
                         Defendants.      ) 9:02 o'clock a.m.
 8
                    TRANSCRIPT OF PROCEEDINGS - MOTION
 9                BEFORE THE HONORABLE AMY J. ST. EVE

10   APPEARANCES:

11   For the Plaintiff:        PEOPLE'S LAW OFFICE
                               BY:  MS. SARAH J. GELSOMINO
12                             1180 North Milwaukee Avenue
                               Chicago, Illinois  60462
13
     For Deft. City of         CITY OF CHICAGO, DEPARTMENT OF LAW
14   Chicago:                  BY:  MR. RAOUL V. MOWATT
                               30 N. LaSalle St., Suite 900
15                             Chicago, Illinois  60602

16   For Defts. Zodo,          CITY OF CHICAGO, DEPARTMENT OF LAW
     Slechter and Bowery:      BY:  MR. JASON M. MARX
17                             30 N. LaSalle Street, Suite 900
                               Chicago, Illinois  60602
18
     For Deft. Sampim:         BORKAN & SCAHILL, LTD.
19                             BY:  MS. WHITNEY N. HUTCHINSON
                               20 South Clark Street, Suite 1700
20                             Chicago, Illinois 60606

21   Court Reporter:           MR. JOSEPH RICKHOFF
                               Official Court Reporter
22                             219 S. Dearborn St., Suite 1232
                               Chicago, Illinois  60604
23                             (312) 435-5562
                      * * * * * * * * * * * * * * * * *
24
                           PROCEEDINGS RECORDED BY
25                         MECHANICAL STENOGRAPHY
                        TRANSCRIPT PRODUCED BY COMPUTER
```

1  THE CLERK: 15 C 1920, Lane vs. City of Chicago.
2  THE COURT: Good morning.
3  MS. GELSOMINO: Sarah Gelsomino on behalf of the
4  plaintiffs.
5  MR. MARX: Jason Marx on behalf of defendants
6  Slechter, Zodo and Bowery.
7  MR. MOWATT: Raoul Mowatt on behalf of the City of
8  Chicago.
9  MS. HUTCHINSON: Whitney Hutchinson on behalf of
10  Officer Sampim.
11  THE COURT: You are here on plaintiff's motion to
12  compel defendant Slechter to respond to discovery about
13  psychological and medical treatment.
14  Have you seen the motion, Mr. Marx?
15  MR. MARX: Yes.
16  THE COURT: Do you want to respond orally, in
17  writing; or, do you want to turn over the information?
18  (Laughter.)
19  THE COURT: Those are your three choices.
20  MR. MARX: I'd like to respond in writing, mostly
21  because I recently became aware there was a case decided by
22  Magistrate Finnegan yesterday that allegedly resolved a very
23  similar issue. I'd like to take a look at the briefing that
24  was done in that.
25  THE COURT: What is the case? I will take a look at

Case: 1:15-cv-01920 Document #: 177 Filed: 02/26/18 Page 3 of 3 PageID #:1617

3

```
 1  it.
 2          MS. HUTCHINSON:  It's Taylor vs. City of Chicago.
 3          THE COURT:  I will take a look, too.
 4          Can you respond in a week, Mr. Marx?
 5          MR. MARX:  Yes.
 6          THE COURT:  All right.  So, respond in one week.
 7          THE CLERK:  May 19th.
 8          THE COURT:  And, then, you are back here on the 25th.
 9  So, to the extent it is not resolved by then, we will take it
10  up on the 25th.  Okay?
11          MS. GELSOMINO:  Thank you, your Honor.
12          THE COURT:  Anything else while you are all here?
13          MR. MARX:  No.
14          MS. HUTCHINSON:  No.
15          MS. GELSOMINO:  I don't think so.
16          Thank you.
17          THE COURT:  All right.  Thank you.
18          MS. HUTCHINSON:  Thanks, Judge.
19          MR. MARX:  Thank you.
20                      *    *    *    *    *
21
22  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
23
24
    /s/ Joseph Rickhoff                      February 1, 2018
25  Official Court Reporter
```