```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   ESTATE OF ROSHAD McINTOSH,       )
     deceased, by Cynthia Lane,       )
 4   Administrator,                   )
                                      )
 5              Plaintiff,            )
                                      )
 6     v.                             ) No. 15 C 1920
                                      )
 7   CITY OF CHICAGO, CHICAGO POLICE  )
     OFFICERS SLECHTER, Star #4924,   )
 8   SAMPIM, Star #19641, ZODO, Star  )
     #1561, and BOWERY, Star #11973,  ) Chicago, Illinois
 9                                    ) August 29, 2018
                Defendants.           ) 9:30 a.m.
10
                        TRANSCRIPT OF PROCEEDINGS
11              BEFORE THE HONORABLE JORGE L. ALONSO

12   APPEARANCES:

13   For the Plaintiff:         ACTION INJURY LAW GROUP, LLC
                                BY:  MR. ANDREW MARTIN STROTH
14                              191 North Wacker Drive
                                Suite 2300
15                              Chicago, Illinois  60606
                                (312) 735-4045
16
                                ROMANUCCI & BLANDIN, LLC
17                              BY:  MR. BRYCE THOMAS HENSLEY
                                321 North Clark Street
18                              Suite 900
                                Chicago, Illinois  60654
19                              (312) 458-1000

20   For the Defendant          ROCK FUSCO CONNELLY LLC
     City of Chicago:           BY:  MR. PATRICK R. MORAN
21                              321 North Clark Street
                                Suite 2200
22                              Chicago, Illinois  60654
                                (312) 494-1000
23

24

25
                      Nancy C. LaBella, CSR, RDR, CRR
                           Official Court Reporter
                   219 South Dearborn Street, Room 1222
                         Chicago, Illinois  60604
                              (312) 435-6890
                         NLaBella.ilnd@gmail.com
```

```
 1   APPEARANCES:   (Continued)

 2   For the Defendants          CITY OF CHICAGO
     Slechter, Zodo, and         BY:  MS. ALLISON LYNN ROMELFANGER
 3   Bowery:                     30 North LaSalle Street
                                 Suite 900
 4                               Chicago, Illinois  60602
                                 (312) 744-5890
 5
     For the Defendant           BORKAN & SCAHILL, LTD.
 6   Sampim:                     BY:  MS. WHITNEY NEWTON HUTCHINSON
                                 20 South Clark Street
 7                               Suite 1700
                                 Chicago, Illinois  60606
 8                               (312) 580-1030

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      (Proceedings had in open court:)
2              THE CLERK:  15 C 1920, Lane v. City of Chicago.
3              MR. STROTH:  Good morning, your Honor.  Andrew Stroth
4   on behalf of the plaintiff.
5              MR. HENSLEY:  Bryce Hensley on behalf of the
6   plaintiff.
7              MR. STROTH:  And, your Honor, our client Roshad
8   McIntosh's mother, Cynthia Lane, is also with us today.
9              THE COURT:  Welcome.
10             MR. MORAN:  Good morning, Judge.  Pat Moran on behalf
11  of the City.
12             MS. ROMELFANGER:  Good morning, your Honor.  Allison
13  Romelfanger on behalf of defendants Slechter, Zodo, and
14  Bowery.
15             MS. HUTCHINSON:  Good morning, your Honor.  Whitney
16  Hutchinson on behalf of defendant Sampim.
17             THE COURT:  Okay.  The case was transferred here from
18  Judge St. Eve's call not too recently.  And on the last court
19  date, we talked about the COPA investigation.  What is the
20  latest there?
21             MR. STROTH:  We're still waiting on the COPA's
22  re-investigation.  It's our understanding that all the
23  officers have been re-interviewed.  The witnesses have been
24  re-interviewed.  One of the paramedics was re-interviewed.
25  And there's also a potential Rule 14 violation.  So we have

1  been told that COPA is still working on the investigation, and
2  we don't know when it will be completed; but it's obviously
3  material to the case.
4       MR. MORAN:  So, Judge, our office has actually been
5  in touch with COPA.  And there are two parallel
6  investigations.  They're looking at the shooting and also this
7  Rule 14 violation.  There's an expectation that the
8  investigation -- a report will be done by October, but it will
9  not be finalized until sometime after that, potentially the
10 end of the year.  COPA has looked at new information.  We are
11 going to produce to the other side things that -- the new
12 information that COPA has looked at.  Obviously anything
13 that's duplicative, we're not going to turn over.
14       But I think the end result of this is that we're
15 going to have to move the summary judgment deadline because I
16 think this may generate new discovery.  I don't know yet
17 because I don't know exactly what the substance of the
18 material is.  We are going to be looking at that in the next
19 week and hopefully turning it over shortly thereafter.  So
20 that would be the reason -- and I've discussed this with
21 counsel for the plaintiff and also the co-defendants before
22 today's hearing, and everyone is in agreement that we probably
23 should move the summary judgment deadline or just --
24       THE COURT:  Vacate it.
25       MR. MORAN:  -- vacate it and set a new schedule on

Case: 1:15-cv-01920 Document #: 226 Filed: 09/16/19 Page 5 of 6 PageID #:1721

5

1  potentially reopening discovery.
2          That's separate from the next thing I'm going to tell
3  you, which is that the defense plans on filing Daubert motions
4  against the plaintiff's experts. I don't know how you want to
5  handle that, but I wanted to put it on your radar to the
6  extent that you're planning down the road in the future.
7          THE COURT: Okay. So are the parties on the same
8  page in terms of what's next and the fact that we are waiting
9  and holding off until that investigation is wrapped up?
10         MR. STROTH: Just to be clear, from the plaintiff's
11 perspective, we want the full COPA report investigation before
12 we can move forward.
13         THE COURT: Okay. Have the parties talked about what
14 a good time frame is for returning to court?
15         MR. MORAN: I think probably in the next 30 to
16 60 days.
17         MR. STROTH: Fine.
18         THE COURT: 60 days sounds more like it.
19         MR. STROTH: Agreed.
20         MS. ROMELFANGER: Yes.
21         THE COURT: All right. Let's come back here in 60
22 days. I'll ask the parties to file a short, inexpensive
23 report updating me on the status of all things and making it
24 clear that if nothing is going to happen on that next court
25 date, I can save the parties the trip and continue the case in

1  a minute order.  Okay.  Also, don't be shy about simply
2  reaching out to chambers and letting us know that that's a
3  good idea.  All right.  Let's come back in 60 days.
4        The schedule that was set for dispositive motions is
5  vacated.  Let's return for status, and I'll have the parties
6  file that report three days before the next court date.
7        THE CLERK:  Status, October 25th, 9:30.
8        MR. MORAN:  Sounds good.
9        MR. STROTH:  That's fine.
10       MS. ROMELFANGER:  Thank you, your Honor.
11       THE COURT:  Thank you.
12       MR. STROTH:  Thank you.
13       MS. HUTCHINSON:  Thank you.
14    (Which were all the proceedings heard.)
15                    *   *   *   *   *
16
17 I certify that the foregoing is a correct transcript from the
   record of proceedings in the above-entitled matter.
18
19
   */s/ Nancy C. LaBella*                    *September 12, 2019*
20 Official Court Reporter
21
22
23
24
25