```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

ESTATE of ROSHAD McINTOSH,     )
Deceased, by CYNTHIA LANE,     )
Administrator,                 )  Docket No. 15 C 01920
                               )
              Plaintiff,       )  Chicago, Illinois
                               )  June 5, 2019
       v.                      )  9:40 a.m.
                               )
CITY OF CHICAGO, et al.,       )
                               )
              Defendants.      )

```
            TRANSCRIPT OF PROCEEDINGS - Status
          BEFORE THE HONORABLE JORGE L. ALONSO
```

APPEARANCES:

For the Plaintiff:    ODIM LAW OFFICES, by
                      MR. CARLTON E. ODIM
                      225 West Washington Street
                      Suite 2200
                      Chicago, IL 60606

                      ACTION INJURY LAW GROUP, LLC, by
                      MR. ANDREW STROTH
                      191 North Wacker Drive
                      Suite 2300
                      Chicago, IL 60606

For the Defendant City of Chicago:

                      ROCK FUSCO & CONNELLY, LLC, by
                      MS. STACY A. BENJAMIN
                      321 North Clark Street
                      Suite 2200
                      Chicago, IL 60654

For Defendant City of Chicago Police Officers:

                      JOHNSON & BELL, LTD., by

```
 1                              MR. BRIAN P. GAINER
                                33 West Monroe Street
 2                              Suite 2700
                                Chicago, IL 60603
 3

 4      For Defendant Officer Sampim:

 5                              BORKAN & SCAHILL, LTD., by
                                MS. WHITNEY NEWTON HUTCHINSON
 6                              20 South Clark Street
                                Suite 1700
 7                              Chicago, IL 60603

 8
        ALSO PRESENT:
 9
        Court Reporter:         LISA H. BREITER, CSR, RMR, CRR
10                              Official Court Reporter
                                219 South Dearborn Street, Room 1902
11                              Chicago, IL 60604
                                (312) 818-6683
12                              lisa_breiter@ilnd.uscourts.gov

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1             (In open court.)
2                     THE CLERK:    15 C 1920, Lane vs. City of Chicago.
3                     MS. HUTCHINSON:    Good Morning, Your Honor.  Whitney
4     Hutchinson on behalf of defendant, Officer Sampim.
5                     MS. BENJAMIN:    Good Morning.  Stacy Benjamin for
6     defendant City.
7                     MR. GAINER:    Good morning.  Brian Gainer on behalf of
8     Officers Slechter, Zodo and Bowery.
9                     MR. ODIM:    Good morning, Judge.  Carlton Odim,
10    O-D-I-M, on behalf of the plaintiff.
11                    MR. STROTH:    Good morning.  Andrew Stroth,
12    S-T-R-O-T-H, on behalf of the plaintiff.
13                    THE COURT:    All right, Counsel.  The last time I heard
14    from the parties is in the last status report.  The parties are
15    trying to wrap up discovery on this old matter, and the hang-up
16    involved the COPA investigation?
17                    MR. ODIM:    Yes.  Yes, Judge.
18                    THE COURT:    What's the status there?
19                    MR. ODIM:    The plaintiffs do not have the substance of
20    the COPA reinvestigation.  The Court may recall that the IPRA
21    initially had the investigation, closed the investigation.  It
22    was reopened in the transition from IPRA to COPA, and we have
23    been sitting for two years waiting for the so-called
24    reinvestigation.
25                    Our understanding from the defense side is that there

1 have been reinterviews of the officers. There have been --
2 there have been new interviews of other witnesses who were not
3 interviewed during the first investigation, that there is a
4 potential, actual or some other descriptive about a Rule 14
5 violation for lying and deceit against one of the defendant
6 officers.
7 We have received about three months ago, four months
8 ago about 16 pages of what are called supplemental information
9 regarding the re-investigation. The largest set in that is
10 seven pages, which is a running index without any attached
11 documents. The index appears to have certain documents that
12 have already been disclosed. We don't have anything of
13 substance.
14 What we, the plaintiff, want is to have the defendants
15 comply with their Rule 26 obligation to timely supplement and
16 to produce by June 10th, which is next Monday, the substance,
17 that is, everything in the re-investigative file regarding
18 Macintosh, and if they have already produced it, certify that
19 that's the case.
20 I don't think we should be waiting another two months
21 or another two years for COPA to file its opinion about that
22 underlying investigative material we wanted before.
23 THE COURT: So plaintiff is more interested in the
24 documents and the discovery, including depositions or
25 redepositions of witnesses than you are in COPA's opinion or

```
1    findings?
2              MR. ODIM:   At this point.  I mean, we have -- we've
3    conceded and we graciously, I think, said, well, look, let's
4    get it all wrapped up.  That way, we don't have to go
5    backwards.
6              But it's been every six months, it's coming, the
7    opinion is coming, but we haven't seen it yet.  So we're ready
8    to move on.  When COPA gives us its opinion at some point,
9    we'll supplement what the investigative file is given to us.
10             MS. BENJAMIN:   Judge, speaking on behalf of the City,
11   I believe that we have produced far more documents than
12   plaintiff seems to recall.  There were audio files of
13   reinterviews of witnesses.  They were not transcribed I think
14   at the time of the production, but we did produce what was
15   available to us.
16             Certainly the final reports are not finished.  That is
17   what is currently still needing to be done.  I believe there
18   were maybe a few new documents that I was told just recently in
19   the last few weeks which was updated, which I will get.  I
20   don't know if I can do that by Monday, but I will certainly do
21   my best.
22             And to, you know, even let plaintiff know they can
23   look at the attachment list.  That shows them, which has been
24   produced, what is new from the earlier investigation that they
25   already had.  So we can go back and sit down.
```

1                    It seems to be there might be some misunderstandings
2       or miscommunication about what has been produced to date and
3       what everybody should have.  We're happy to do that.  I wish
4       plaintiff had told me this was an issue.  We didn't need to
5       bring that in front of Your Honor.
6                    There is the issue of COPA is currently deciding the
7       reopened investigation from the shooting, as well as a new
8       investigation.  That is accurate.  You know, I mean, they have
9       as many cases as they have, and they give each one its due
10      diligence and its consideration, and things take the time they
11      take.  They're not subject to this litigation, and they're not
12      dragging their feet deliberately to delay in any way in this
13      case.  I can definitely represent that.
14                   But they are not able to give me a very firm deadline
15      of when it will be finalized because sometimes it goes back for
16      rewriting, a new interview, you never know.  So we --
17                   THE COURT:    But it sounds like in the interim, they're
18      provided you with certain documents?
19                   MS. BENJAMIN:    Yes.  They have been providing me all
20      of the substance of whatever new work that has been done.  So a
21      new interview, new documents that were obtained.
22                   THE COURT:    So you have reason to believe that what
23      you have and what you've tendered is up-to-date?
24                   MS. BENJAMIN:    I believe so.  I mean, we will go back
25      and double check, but I, you know -- I thought that was done

1    two months ago when we were last here, knowing that we were
2    still waiting on this final report.  So I will go back and be
3    sure.
4            But I know, just from speaking with Ms. Hutchinson,
5    she has the audio files.  So it sounds like maybe they weren't
6    properly -- you know, maybe they got lost in a spam filter
7    because it's through a file-sharing service.  But I did send
8    emails that it was coming and that you would have it, so it
9    seems like just a miscommunication.
10           MR. ODIM:   And if that -- if that is the case, that's
11   easily compensated for by Monday.  What we want is a
12   certification by Monday that everything has been tendered to us
13   and not that the -- that COPA is sitting on an interview that
14   they did 12 months ago, but haven't given to the defendants,
15   which is part of that re-investigation.
16           It's that rolling, you know, failure to disclose
17   timely, in a timely way.  That reinvestigation, the underlying
18   material is not subject to their decision-making and their
19   redrafting of their -- their so-called opinion.
20           So if counsel has tendered to us -- we know on
21   February 8th, we had an email with the index material.  I
22   didn't see anything since February 8th.  So if they've sent it,
23   they'll resend it.
24           THE COURT:   All right.  What's the defendants'
25   position -- what's the position of the defense regarding

1   plaintiff's willingness to just go forward at this point?  If
2   we get the report, we get the report.  If we don't, we go
3   forward, and what does that mean?  What's next?
4               MS. BENJAMIN:   Well, from the defense perspective,
5   there will be some additional discovery.  There were, I think,
6   a couple of additional witnesses that were interviewed as well
7   as plaintiff has indicated a desire to redepose some of the
8   defendants who were reinterviewed, to be questioned about their
9   statements.
10              So we do anticipate some discovery, but without having
11  the finalized report, none of us are completely certain that
12  those reinterviews are final.  There's always a chance that
13  the -- that the process that's going on right now results in an
14  additional interview of an officer to ask a few additional
15  questions that some supervisor wanted asked, but was not.
16              THE COURT:   So to the extent that a stay has been
17  entered or the parties are under the impression that there's a
18  stay regarding discovery, that's lifted.
19              MS. BENJAMIN:   We have been producing documents as
20  we've come to we know about them.
21              THE COURT:   Okay.  In terms of oral discovery, there
22  is no stay.  Discovery is moving forward.  There is no deadline
23  that's set because of our status waiting for COPA, right?
24              MS. BENJAMIN:   Fact discovery was closed.  The new
25  investigations opened the concern from all parties that

1  additional discovery would be needed on both the *Monell* claim
2  and the underlying claims.
3  I think once plaintiff actually sees the documents
4  that they should have had by now, I think they'll have a better
5  understanding of what they want to do.
6  Certainly, the defense -- from the *Monell's*
7  perspective, there are some additional materials that we
8  would -- or discovery we would like.
9  So I think we should probably all sit down, once they
10  have the documents and know what they have, and maybe we could
11  submit a status report kind of outlining what we anticipate.  I
12  can't imagine it would be more than a couple of months,
13  depending on everyone's trial schedules for the summer, but I
14  think we would be able to get things done quickly.
15  MR. ODIM:   Judge, I want to reemphasize --
16  THE COURT:   Sure.  If I take your suggestion, I set
17  that deadline, when do you want to come back, and does it make
18  sense for the parties to confer?  The parties are going to
19  confer before June 10th.
20  I am directing the City to supplement discovery
21  pursuant to their discovery obligation or to certify if they're
22  unable to comply with that obligation by June 10th.
23  Before that date, I will direct the parties to confer
24  regarding the status of discovery, what is missing, what is in
25  the possession of the parties but hasn't made its way to the

```
 1    other side, and let's come back a couple of weeks after that.
 2              We've got a busy schedule here, but I'll have the
 3    parties back.  I'll direct the parties to confer and file a
 4    status report addressing the status of the case, updating me
 5    and making recommendations regarding discovery.
 6              There is outstanding discovery, and on the next court
 7    date, I'll refer supervision of discovery to the magistrate
 8    judge, and we'll set deadlines after the parties have had a
 9    chance to confer.
10              THE CLERK:    Status June 26, 9:30.
11              THE COURT:    June 26 at 9:30.
12              Any questions regarding what is required before
13    June 10th or by June 10th?
14              MR. ODIM:    No questions from the plaintiff.
15              MS. HUTCHINSON:    No, Your Honor.  Thank you.
16              THE COURT:    All right.  Thank you.
17              MS. BENJAMIN:    Judge, there is one other matter.
18    Plaintiff's expert filed a motion to withdraw, I think, on
19    Monday.
20              MR. STROTH:    I think that's just a misunderstanding.
21    We're going to be talking to our expert and resolve the issue.
22              MS. BENJAMIN:    Okay.  We weren't sure.
23              THE COURT:    I didn't see it as a pending motion.
24              MR. ODIM:    It was not a pending motion.
25              MS. BENJAMIN:    It appears that it was mailed to your
```

1     chambers, and it looks like your chambers ended up filing it
2     onto the docket.  It's the most recent docket entry, a motion
3     to withdraw.
4                 MS. HUTCHINSON:    Ronald Scott.
5                 MS. BENJAMIN:    But it's a letter and then there's an
6     envelope as the third page.
7                 THE COURT:    All right.  It's got a notice, but no --
8     no motion so ...
9                 MR. STROTH:    We're going to talk to him and work it
10    out.
11                THE COURT:    Okay.  It's just a notice at this point
12    without a date on it.  It's 215.  All right.  Thank you.
13                MR. ODIM:    Thank you, Judge.
14                MS. BENJAMIN:    Thank you.
15          (Concluded at 9:51 a.m.)
16                        * * * * * * * * * *
17                       C E R T I F I C A T E
18          I certify that the foregoing is a correct transcript of the
19    record of proceedings in the above-entitled matter.
20
21    /s/ LISA H. BREITER_____        September 23, 2019
      LISA H. BREITER, CSR, RMR, CRR
22    Federal Official Court Reporter
23
24
25