```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

ESTATE of ROSHAD McINTOSH,       )
Deceased, by CYNTHIA LANE,       )
Administrator,                   )   Docket No. 15 C 01920
                                 )
              Plaintiff,         )   Chicago, Illinois
                                 )   June 26, 2019
         v.                      )   9:34 a.m.
                                 )
CITY OF CHICAGO, et al.,         )
                                 )
              Defendants.        )

              TRANSCRIPT OF PROCEEDINGS - Status
            BEFORE THE HONORABLE JORGE L. ALONSO

     APPEARANCES:

     For the Plaintiff:      ODIM LAW OFFICES, by
                             MR. CARLTON E. ODIM
                             225 West Washington Street
                             Suite 2200
                             Chicago, IL 60606

                             ACTION INJURY LAW GROUP, LLC, by
                             MS. ASHLEY E. ALVAREZ
                             MR. ANDREW STROTH
                             191 North Wacker Drive
                             Suite 2300
                             Chicago, IL 60606


     For the Defendant City of Chicago:

                             ROCK FUSCO & CONNELLY, LLC, by
                             MR. PATRICK R. MORAN
                             321 North Clark Street
                             Suite 2200
                             Chicago, IL 60654
```

```
 1              APPEARANCES (Continued):
 2
 3       For Defendant City of Chicago Police Officers:
 4
                              JOHNSON & BELL, LTD., by
 5                            MS. LISA MCELROY
                              33 West Monroe Street
 6                            Suite 2700
                              Chicago, IL 60603
 7
 8       For Defendant Officer Sampim:
 9
                              BORKAN & SCAHILL, LTD., by
10                            MS. WHITNEY NEWTON HUTCHINSON
                              20 South Clark Street
11                            Suite 1700
                              Chicago, IL 60603
12
13
14
15
16
17
18
19
20       Court Reporter:      LISA H. BREITER, CSR, RMR, CRR
                              Official Court Reporter
21                            219 S. Dearborn Street, Room 1902
                              Chicago, IL 60604
22                            (312) 818-6683
                              lisa_breiter@ilnd.uscourts.gov
23
24
25
```

1         (In open court.)
2                 THE CLERK:    15 CV 1920, Lane vs. City of Chicago.
3                 MR. STROTH:    Good Morning, Your Honor.  Andrew Stroth
4         on behalf of the plaintiff.
5                 MS. ALVAREZ:    Ashley Alvarez on behalf of plaintiff.
6                 MR. MORAN:    Good morning, Judge.  Pat Moran on behalf
7         of the City.
8                 MS. HUTCHINSON:    Good Morning, Your Honor.  Whitney
9         Hutchinson on behalf of Officer Sampim.
10                MS. McELROY:    Good Morning, Your Honor.  Lisa McElroy
11        on behalf of Slechter, Zodo and Bowery.
12                THE COURT:    Okay.  Welcome, everyone.  Thank you for
13        conferring and filing the report.  I should have taken the
14        suggestion and simply did what the parties apparently are
15        agreeing to do, open limited discovery, cutoff September 30th
16        for remaining and limited fact discovery.
17                I'll set a court date after September 30th,which
18        hopefully will be the last status date before we set the case
19        down for trial.  That's the plan at this point.
20                Anything else to report in terms of an alternative
21        route?
22                MR. STROTH:    You know, Judge, we are still waiting for
23        the final report from COPA, and we're still waiting to find out
24        if there was a Rule 14 violation.  And as long as the defense
25        counsel's going to turn over whatever documents they have as we

1    keep going, that's fine.
2    THE COURT: All right. The tone at the last status
3    date was that the parties weren't necessarily hung up on
4    waiting for the report as long as they received --
5    MR. STROTH: Yes, that's correct.
6    THE COURT: -- the important documents.
7    MR. STROTH: Yes.
8    THE COURT: But if they get the report -- if we get
9    the report, the better, right?
10    MR. STROTH: Yes.
11    THE COURT: Okay. Let's come back in --
12    MS. HUTCHINSON: I would say, Your Honor, the only
13    other thing is I know we had originally had a dispositive
14    motion deadline. But that obviously, with everything
15    happening, has been kicked multiple times.
16    I know you just mentioned we'd be setting trial. I
17    know we intend to file a dispositive motion. I just want to
18    make sure you're contemplating that in the timeline.
19    THE COURT: Okay.
20    MR. MORAN: The City will as well, Judge.
21    THE COURT: All right.
22    MR. STROTH: Right. Also, expert discovery as well.
23    We're going to need to talk about dates on that as well.
24    THE COURT: Okay. And is the magistrate judge
25    supervising discovery on this case?

1    MR. MORAN:  I don't believe --

2    MS. HUTCHINSON:  Has not to this point.

3    THE COURT:  All right.  So let's do that.  Let's refer

4  supervision of discovery to the magistrate judge, who will have

5  authority obviously to supervise discovery, to set modified

6  dates, set other court dates including the expert date, and

7  also conduct settlement proceedings if the parties are

8  interested in receiving that sort of assistance from the judge.

9    And with that in mind, I will not set a status date.

10  I will not enter an order until that referral is closed and the

11  case is sent back to me, okay?  All right.

12    MR. MORAN:  Very good.

13    MS. HUTCHINSON:  Thank you, Your Honor.

14    MS. McELROY:  Thank you, Your Honor.

15    (Concluded at 9:36 a.m.)

16            * * * * * * * * * *

17              C E R T I F I C A T E

18    I certify that the foregoing is a correct transcript of the

19  record of proceedings in the above-entitled matter.

20

21  */s/ LISA H. BREITER*                              *September 23, 2019*
    LISA H. BREITER, CSR, RMR, CRR
22  Federal Official Court Reporter