**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Estate of Roshad McIntosh Deceased, by Cynthia Lane, Administrator

                                                  Plaintiff,

v.                                                            Case No.: 1:15−cv−01920

                                                                           Honorable Mary M. Rowland

City of Chicago, et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 9, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: Defendants' joint unopposed motion to extend time to file their motion for summary judgment [278] is granted, in light of the scheduled settlement conference. If this matter is not resolved, Defendants' motion for summary judgement will be due on 1/18/21; response due 2/19/21; reply due 3/12/21. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.