UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Estate of Roshad McIntosh Deceased, by Cynthia Lane, Administrator

Plaintiff,

v.

Case No.: 1:15−cv−01920

Honorable Mary M. Rowland

City of Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 21, 2020:

MINUTE entry before the Honorable Sheila M. Finnegan: Settlement conference held on 12/21/2020. Parties did not reach a settlement agreement. The referral will remain open in the event the parties wish to resume negotiations on a future date. Mailed notice (sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.