

# Sampim Sight Line Analysis

## Human Factors Report

Prepared by:      Steven R. Arndt, Ph.D., CHFP
Prepared for:     Nicholas Infusino
Project Number:   32-5575
Project Name:     Sampim Sight Line Analysis
Case No:          20 PB 2977
Date:             January 6, 2021

EXHIBIT V

RFC-Lane 125469



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021

# Table of Contents

INFORMATION REVIEWED ........................................................................ 4

ANALYSIS ............................................................................................. 5

    LOCATION ........................................................................................ 5

    SURVEILLANCE VIDEO ........................................................................ 6

    INSPECTION ...................................................................................... 7

    MODEL DEVELOPMENT ....................................................................... 9

    LINE OF SIGHT EVALUATION ............................................................... 12

CONCLUSIONS AND OPINIONS ............................................................. 21

RFC-Lane 125470



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021

## Table of Figures

Figure 1. Overall Google Earth image showing incident location. ................................................................. 5

Figure 2. Google Earth Image with general locations of items of interest. .................................................. 6

Figure 3. Still frame from surveillance camera footage (7:10:25.836 PM 8/24/2014) with lens distortion removed..... 7

Figure 4. Faro Focus M 3D Laser scanning tool used to document the scene geometry. ................................. 7

Figure 5. Example location of one 3D laser scan location. ............................................................................. 8

Figure 6. Front oblique view of site showing combined laser scan point cloud data..................................... 9

Figure 7. Rear oblique view of site showing combined laser scan point cloud data.................................... 10

Figure 8. Model with semi-transparent overlay of surveillance video frame showing matching locations for Officer Sampim.............................................................................................................................................. 11

Figure 9. Simulated surveillance camera view showing only the model. ..................................................... 11

Figure 10. Rear oblique view of model showing location of all Officer Sampim, Officer Slechter and Mr. McIntosh. .. 12

Figure 11. Excerpt from COPA CR 1088307, Forensic Analysis Report. (COPA – 000763) ........................... 13

Figure 12. Excerpt from COPA CR 1088307, Forensic Analysis Report. (COPA – 000764) ........................... 13

Figure 13. Photograph of porch showing materials present on porch. (COPA - 000516) .............................. 14

Figure 14. View from rear of house showing the position of Officer Sampim determined by the surveillance camera, and the location of Mr. McIntosh aligned with bullet damage, positioned in available space on porch...................... 15

Figure 15. View from side of house showing location 1 of Mr. McIntosh aligned with bullet damage, positioned in available space on porch............................................................................................................................. 15

Figure 16. Officer Sampim's view to rear of house with Mr. McIntosh at position 1, showing no view of Mr. McIntosh. ..................................................................................................................................................................... 16

Figure 17. View from side of house showing location 2 of Mr. McIntosh aligned with bullet damage and adjacent to rear porch railing. .......................................................................................................................................... 17

Figure 18. Officer Sampim's view to rear of house with Mr. McIntosh at position 2, showing no view of Mr. McIntosh. ..................................................................................................................................................................... 18

Figure 19. View from rear of house showing hypothetical location 3 of Mr. McIntosh that is not consistent with physical evidence. .......................................................................................................................................... 19

Figure 20. View from side of house showing hypothetical location 3 of Mr. McIntosh that is not consistent with physical evidence. .......................................................................................................................................... 19

Figure 21 Officer Sampim's view to rear of house with Mr. McIntosh at hypothetical location 3 that is not consistent with physical evidence still showing no view of Mr. McIntosh. ......................................................................... 20

RFC-Lane 125471



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021

## Information Reviewed

Explico Engineering (Explico) was retained to analyze the available facts and circumstances pertaining to the above-captioned matter that involved the eye witness accounts provided by Police Officer Saharat Sampim regarding an officer involved shooting that occurred at 2842 West Polk Street in Chicago, on August 24, 2014.

The following materials have been received, reviewed, and considered:

1. CR 1088307 (entire investigative file);

2. Depositions of Police Officers Andrew Neberieza, Joshua Zapata, and Patrick Staunton; Sergeant Nicola Zodo; civilians Lonzo Williams, Loren Marks, Curtis Washing- ton, and Louis Nettles; and Dr. Eimad Zakariya, taken in the matter of Estate of Roshad McIntosh v. City of Chicago, et al., Case No. 15 CV 01920 (N.D. Ill. filed Mar. 4, 2015);

3. Independent Police Review Authority ("IPRA") statements of Police Officers Andrew Neberieza, Joshua Zapata, Patrick Staunton, and Patrick Kelly; Sergeant Nicola Zodo; and civilians Henry Webster, Louis Nettles, and Loren Marks taken during the investigation of CR 1071166;

4. August 25, 2014, Written Statement of Jerry Martin, included in the investigative file for CR 1071166;

5. Chicago Police Department, Case Supplementary Report for RD HX402265 (Jan. 14, 2015), included in the investigative file for CR 1071166;

6. Google Street View images of 2842 West Polk Street, Chicago, Illinois, included in the investigative file for CR 1071166;

7. IPRA Diagram of 2842 West Polk Street, Chicago, Illinois, included in the investigative file for CR 1071166;

8. Written declarations of civilians Loren Marks, Louis Nettles, and Lonzo Williams, included in the investigative file for CR 1071166;

9. Civilian Office of Police Accountability, Memo from AnnMarie Kurylowicz, Evidence Specialist, to Chief Administrator, Regarding Photographs and Measurements Taken at 2842 West Polk Street, Chicago, Illinois on December 3, 2017, included in the investigative file for CR 1071166;

10. Cook County Medical Examiner Report of Postmortem Examination, Toxicology Report, Diagram, Medical Examiner Notes, Case Report, Identification Certification, Release Record, and Photographs of Roshad McIntosh, Case Number ME2014-00202, included in the investigative file for CR 1071166; and

11. Chicago Police Department Evidence Technician Video Recording of 2842 West Polk Street, Chicago, Illinois (Aug. 24-25, 2014), included in the investigative file for CR 1071166.

EXHIBIT V

RFC-Lane 125472



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021

In addition to the above-referenced items, I conducted an inspection of the site on December 3, 2020 where I took 425 photographs and captured 29 laser scans.

## Analysis

### Location



Figure 1. Overall Google Earth image showing incident location.

EXHIBIT V

RFC-Lane 125473



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021



**Figure 2. Google Earth Image with general locations of items of interest.**

## Surveillance Video

A post mounted surveillance video camera located at the SE corner of W. Polk St. and S. Francisco Ave. captured real time video of the events that developed prior to and after the shooting. Officer Sampim is visible in this video. The video also shows a visible response from bystanders to what is presumed to be the sounds of gunfire. The timing of the responses is consistent with what would be reasonable human behavior to gunfire that is not expected. A still image was captured from the video at the time immediately prior to the bystander responses and this frame was used in the analysis to determine the position of Officer Sampim. This frame is shown in Figure 3.

EXHIBIT V

RFC-Lane 125474



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021



**Figure 3. Still frame from surveillance camera footage (7:10:25.836 PM 8/24/2014) with lens distortion removed.**

## Inspection

I conducted an inspection of the site on December 3, 2020 where I took 425 photographs and captured 29 laser scans using a Faro 3D scanner.



**Figure 4. Faro Focus M 3D Laser scanning tool used to document the scene geometry.**

EXHIBIT V

RFC-Lane 125475



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021

The scans were taken at locations including but not limited to, the back yard, the first floor porch, the second floor porch, the adjacent vacant lot, the sidewalk in front of the house, the front porch of the house, and along W. Polk St. to the west of the house. Figure 5 shows the Faro scanner placed at one scan location.



Figure 5. Example location of one 3D laser scan location.

EXHIBIT V

RFC-Lane 125476



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021

## Model Development

During my inspection, the geometry of the incident site was captured with a laser scanner. The laser scanner produced a point cloud of colored points in space. Samples of this point cloud data are shown in Figure 6 and Figure 7. The point cloud was used in 3D modeling software to produce a 3D model of the environment. Other reference material used in the creation of the model included Google Earth images, inspection photographs, and supplied media from the day of the incident. The post-incident evidence was placed according to the measurements taken during the investigation. Where the site had been changed from the time of the incident to the time of my inspection, the model was corrected to match the photographic documentation on the day of the incident.



**Figure 6. Front oblique view of site showing combined laser scan point cloud data.**

EXHIBIT V
9

RFC-Lane 125477



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021



**Figure 7. Rear oblique view of site showing combined laser scan point cloud data.**

Officer Sampim's position at the time shots were fired was determined using camera matching photogrammetry. I utilized the point cloud data to place a virtual camera matching the location and view of the surveillance camera. As part of the solution, the lens distortion was corrected for in the surveillance video. A character with the same height as Officer Sampim (71") and approximate weight (290 lbs.) was created and positioned in the environment from the virtual camera view with the distortion corrected image overlaid. Figure 8 shows an overlay of the model with the surveillance camera still frame. Figure 9 shows only the modeled surveillance camera view and the location of Officer Sampim.

EXHIBIT V

RFC-Lane 125478



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021



**Figure 8. Model with semi-transparent overlay of surveillance video frame showing matching locations for Officer Sampim.**



**Figure 9. Simulated surveillance camera view showing only the model.**

EXHIBIT V

RFC-Lane 125479



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021

Based on the investigation photographs and the scene inspection I conducted, I placed objects into the model to represent the locations of Mr. McIntosh and Officer Slechter. Additionally, the model shows the locations of the spent shell casings from Officer Slechter, bullet holes from Officer Slechter and blood evidence from Mr. McIntosh. Figure 10 shows the modeled environment and the positions of Officer Sampim, Officer Slechter and Mr. McIntosh. Determining the location of Officer Slechter was not the goal of this analysis and he was placed in the model in a general location based on a reasonable expectation of travel distance and ejection angle of the spent shell casings. The location of Officer Slechter has no material bearing on my opinions.

## Line of Sight Evaluation

The location of Mr. McIntosh on the porch was based on the location of the bullet strike indications, the location of his dropped gun, the blood evidence and the physical limitations of the porch and underside of the stairway leading to the second floor porch. It should be noted that the current model does not show the additional materials that were present on the floor of the porch at the time of the incident, shown in Figure 11, Figure 12, and Figure 13.



**Figure 10. Rear oblique view of model showing location of all Officer Sampim, Officer Slechter and Mr. McIntosh.**

EXHIBIT V
12

RFC-Lane 125480



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021



**Fig 1. Photo FCRL 000815 of the rear porch of the shooting scene (facing south) with bullet defects inside yellow circle.**

Figure 11. Excerpt from COPA CR 1088307, Forensic Analysis Report. (COPA – 000763)



**Fig 2. Photo FCRL 000815 with entrance bullet defects 1-3**

Figure 12. Excerpt from COPA CR 1088307, Forensic Analysis Report. (COPA – 000764)

EXHIBIT 17

RFC-Lane 125481



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021



Figure 13. Photograph of porch showing materials present on porch. (COPA - 000516)

In the model, the figure representing Mr. McIntosh is crouched so that he could be positioned closer to the railing and underneath the stairway to the second level. This position is the most favorable location for the line of sight from Officer Sampim to Mr. McIntosh and still be consistent with the likely bullet trajectories. If Mr. McIntosh were standing upright he would have to be positioned farther away from the railing and closer to the building. This position would make him harder to see from Officer Sampim's position. The model allows for the movement of all individuals within the virtual world. A virtual camera placed at the location of Officer Sampim allows for the scientific evaluation of the line of site for Officer Sampim towards Mr. McIntosh at the time the shots were fired. Various locations for Mr. McIntosh were selected and the sight line from Officer Sampim to Mr. McIntosh was evaluated.

Figure 14 and Figure 15 show the position of Mr. McIntosh aligned with the bullet damage and at a position free from objects on the porch based on the evidence photographs. Figure 14 also shows the position of Officer Sampim based on the surveillance camera footage.

EXHIBIT V 14

RFC-Lane 125482



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021



**Figure 14. View from rear of house showing the position of Officer Sampim determined by the surveillance camera, and the location of Mr. McIntosh aligned with bullet damage, positioned in available space on porch.**



**Figure 15. View from side of house showing location 1 of Mr. McIntosh aligned with bullet damage, positioned in available space on porch.**

EXHIBIT V
15

RFC-Lane 125483



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021



**Figure 16. Officer Sampim's view to rear of house with Mr. McIntosh at position 1, showing no view of Mr. McIntosh.**

Figure 16 is a first person view, or what Officer Sampim could see from his position as determined by the surveillance video. Figure 16 shows that Officer Sampim could not see Mr. McIntosh when Mr. McIntosh is positioned as shown in Figure 14 and Figure 15.

EXHIBIT V

RFC-Lane 125484



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021

Figure 17 shows a second location for Mr. McIntosh positioned closer to the rear railing of the porch. This location is still in line with the bullet damage but was likely obstructed by objects on the porch.



**Figure 17. View from side of house showing location 2 of Mr. McIntosh aligned with bullet damage and adjacent to rear porch railing.**

EXHIBIT V

RFC-Lane 125485



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021



**Figure 18. Officer Sampim's view to rear of house with Mr. McIntosh at position 2, showing no view of Mr. McIntosh.**

Figure 18 shows the first person view from Officer Sampim, showing that he would not be able to see Mr. McIntosh at the second position as shown in Figure 17.

Figure 19 and Figure 20 show a third location for Mr. McIntosh. In this location, Mr. McIntosh has been moved towards the vacant lot, approximately half way between the documented bullet damage and the side railing of the porch. Mr. McIntosh has been left in a position close to the rear railing on the porch. This hypothetical position is inconsistent with the documented physical evidence and is presented for illustrative purposes only.

EXHIBIT V
18

RFC-Lane 125486



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021



**Figure 19. View from rear of house showing hypothetical location 3 of Mr. McIntosh that is not consistent with physical evidence.**



**Figure 20. View from side of house showing hypothetical location 3 of Mr. McIntosh that is not consistent with physical evidence.**

EXHIBIT V 19

RFC-Lane 125487



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021



**Figure 21 Officer Sampim's view to rear of house with Mr. McIntosh at hypothetical location 3 that is not consistent with physical evidence still showing no view of Mr. McIntosh.**

Figure 21 shows the first person view from Officer Sampim, showing that even with Mr. McIntosh in the highly unlikely position shown in Figure 19 and Figure 20, Officer Sampim would still have no view to Mr. McIntosh due to the obstruction created by the building.

EXHIBIT V 30

RFC-Lane 125488



Sampim Line of Sight Analysis
Project Number: 32-5575
January 6, 2021

## Conclusions and Opinions

Based on the above investigation and analysis, to a reasonable degree of scientific certainty, the following conclusions have been reached:

1. The position of Officer Sampim can be, and was determined to a reasonable degree of scientific certainty through the use of the surveillance video, my inspection and analysis methods described in the report.

2. Mr. McIntosh's position was constrained by the physical geometry of the porch and building.

3. Aligning the physical evidence of the bullet defects and other documented evidence with the physical geometry of the structure and porch further limits the likely position of Mr. McIntosh.

4. Officer Sampim's view of Mr. McIntosh was blocked by the brick exterior structure of 2842 W Polk St. There is no reasonably scientifically valid locations of Mr. McIntosh and Officer Sampim that would be consistent with the physical evidence and physical geometry of the location that would allow for Officer Sampim to have witnessed the actions of Mr. McIntosh at the time the shots were fired.

The findings, analysis, and opinions expressed in this summary report are based on information currently available, and they may be supplemented if further data becomes available.

Respectfully Submitted:

Steven R. Arndt, Ph.D., CHFP
Principal

EXHIBIT V 21

RFC-Lane 125489





## EDUCATION

**UNIVERSITY OF WISCONSIN**
- **PhD,** Industrial Engineering - Human Factors Specialization, 1996
- **MSIE,** Industrial Engineering - Human Factors Specialization, 1991
- **BS,** Psychology, 1988

## LICENSE & CERTIFICATIONS
- Certificant, Board of Certification in Professional Ergonomics, CHFP #1644 (2011)
- OSHA Qualified Team Leader for Process Hazard Analysis (PHA) (2013)
- OSHA Qualified Forklift Safety Trainer
- OSHA Qualified Aerial Device Safety Trainer
- Qualified Individual for Fall Protection
- USCCA Certified Firearms Instructor, Instructor #1544490
- FAA Rated Remote Pilot (SUAS) Certificate #3981669
- PADI Certified Open Water Scuba Diver

## AFFILIATIONS
- Human Factors and Ergonomics Society
- American Society of Safety Engineers
- Society of Automotive Engineers (SAE)
- American Society of Testing and Materials
  - E30 on Forensic Sciences
  - E34 on Occupational Health and Safety
  - E58 on Forensic Engineering
  - F13 on Pedestrian/Walkway Safety and Footwear
  - F15 on Consumer Products
  - F18 on Electrical Protective Equipment for Workers
  - F24 on Amusement Rides and Devices



# STEVEN R. ARNDT, PhD, CHFP

### *Human Factors*

## PROFESSIONAL PROFILE

Dr. Arndt is a human factors scientist. Human factors is the scientific field of research dealing with the capabilities and limitations of people as they interact with systems made up of products, tools, technology, information, organizations, environments and other people. He specializes in human perception, human performance, and ergonomics associated with industrial and occupational safety, consumer product design and use, as well as pedestrian and driver/operator behaviors and performance. Dr. Arndt is a consultant with substantial experience in the investigation and prevention of accidents and injuries related to consumer products, warning labels, instructions, training, industrial and occupational settings, and transportation related systems.

Dr. Arndt also investigates operator behavior, decision-making, perceptual capabilities and limitations associated with vehicle operation, and decision and motor control response times. Pedestrian and motor vehicle work has included the assessment of visibility and conspicuity of objects in low-light and low-visibility environments as well as driver distraction.

## AREAS OF EXPERTISE

- Human Factors and Human Performance
- Ergonomics and Safety
- Warnings, Labeling, and Instructions
- Human Factors of Transportation
- Driver Behaviors, Capabilities, and Limitations
- Visibility and Conspicuity
- Industrial and Construction Machinery Operation and Safety
- Consumer Product Design and Safety

## CONTACT INFORMATION

(312) 350-8774 | sarndt@explico.com | explico.com

**EXHIBIT V**

RFC-Lane 125490

**Steven R. Arndt, PhD, CHFP**
*Human Factors*



## PUBLICATIONS

Alper SJ, Arndt SR, Borgardt J, Johnson K, (2019). Human Factors And Medical Device Instructions For Use: It's Not Just Good Business And Good Science, It's The Law. In Proceedings of the Human Factors and Ergonomics Society International Health Care Symposium, Chicago, IL.

Sproule D, Figueroa-Jacinto R, Rundell S, Williams J, Perlmutter S, Arndt S, (2019). Characterization of Visual Acuity and Contrast Sensitivity Using Head-Mounted Displays in a Virtual Environment: A Pilot Study. In Proceedings of the Human Factors and Ergonomics Society Annual Meeting, Seattle, WA.

Figueroa-Jacinto R, Sproule D, Williams J, Perlmutter S, Arndt S, Rundell S, (2019). Application of Stereoscopic Head-Mounted Displays and Interactive Virtual Reality Environments to an "Optical Illusion" Misstep and Fall Case. In Proceedings of the Human Factors and Ergonomics Society Annual Meeting, Seattle, WA.

Figueroa-Jacinto R, and Arndt S, (2018). Prevalence of the Use of Mobile Instant Messaging Applications: The Need to Assess Their Usage in Human Factors Investigations. In Proceedings of the Human Factors and Ergonomics Society Annual Meeting (Vol. 62, No. 1, pp. 406–410). Philadelphia, PA.

Perlmutter S, Cades DM, Heller MF, Giachetti RS, Sala JB, Arndt SA. Effects of mobile technology use on walking. Proceedings, 58th Human Factors and Ergonomics Society Annual Meeting, 2014.

Quartuccio J, Franz S, Gonzalez C, Kenner NM, Cades DM, Sala JB, Arndt, SA, McKnight, PE. Seeing is believing: The use of data visualization to identify trends for cycling safety. Proceedings, 58th Human Factors and Ergonomics Society Annual Meeting, 2014.

Cades DM, Arndt SR, Sala JB, Krauss DA. What you need to know about the distracted driver. Feature Article in The Illinois Association of Defense Trial Counsel Quarterly 2013; 23(4). Khan FS, Krauss DA, Alper SJ, Droll J, Arndt SR, Lakhiani SD, Cades DM. Do people heed warnings at gas stations? Proceedings, 2nd Annual World Conference of the Society for Industrial and Systems Engineering, pp. 114–117, Las Vegas, NV, November 5–7, 2013. ISBN: 97819384960-1-1.

Tsuji JS, Dahlstrom DL, Arndt SR, Rogers WS, Clark JA. Best uses of experts in producing labels and warnings for products containing engineered nanomaterials. BNA Expert Evidence Reporter, 12 EXER 20, January 9, 2012.

Cades DM, Arndt SR, Kwasniak AM. Driver distraction is more than just taking eyes off the road. Institution of Transportation Engineers Journal 2011; 81(7).

Tsuji JS, Dahlstrom DL, Arndt SR, Rogers WS, Clark JA. Labeling and warning for products containing engineered nanomaterials Learning from the past or we are doomed to repeat it. Part II. BNA Tort Law Reporter, 26 TXLR 1435, December 8, 2011.

Tsuji J, Dahlstrom DL, Arndt S, Rogers Wm, Clark J. Labeling and warning for products containing engineered nanomaterials—Learning from the past or we are doomed to repeat it?- Part I, BNA Product Safety & Liability Reporter, Vol.39, PSLR 1283, November 21, 2011.

EXHIBIT V

RFC-Lane 125491

**Steven R. Arndt, PhD, CHFP**
*Human Factors*



Tsuji J, Dahlstrom DL, Arndt S, Rogers Wm, Clark J. Engineered nanomaterials in the workplace: What to do when the genie is out of the bottle. BNA Toxic Law Reporter, Vol. 26, No. 27, July 14, 2011.

Weaver B, Ruberte L, Khan F, Arndt, S. Normal pedal activation in real world situations. SAE Paper No. 11B-0291/2011-01-0551, SAE World Congress 2011, Detroit, MI, 2011.

Khan FS, Sala JB, Arndt SR. Considerations in the textless presentation of warning and safety information. Proceedings, 15th Annual International Conference on Industrial Engineering Theory, Applications and Practice, Mexico City, Mexico, 2010.

Khan F, Sala J, Arndt S. Reducing subjectivity when attempting auditory scene recreation in accident reconstruction. Proceedings, Human Factors and Ergonomics Society 54th Annual Meeting, San Francisco, CA, 2009.

Vigilante W, Rhoades T, Arndt SR, Cohen HH. Forensic human factors/ergonomics practice from the perspective of the forensic consulting firms. Proceedings, 53rd Annual Meeting of the Human Factors and Ergonomics Society, San Antonio, TX, 2009.

Khan FS, Sala JB, Arndt SR. Psychoacoustic response to auditory warnings. Proceedings, 14th Annual International Conference on Industrial Engineering Theory, Applications and Practice, Anaheim, CA, 2009.

Khan FS, Arndt SR, Krauss DA. Understanding the relationship between safety climate and warning compliance in occupational settings. Proceedings, 14th Annual International Conference on Industrial Engineering Theory, Applications and Practice, Anaheim, CA, 2009.

Arndt S, Krauss D, Weaver B. A previously unidentified failure mode for ladder-climbing fall-protection systems. Proceedings, American Society of Safety Engineers Professional Development Conference and Exposition, Las Vegas, NV, 2008.

Krauss D, Arndt S, Lakhiani S, Khan F. Additional considerations when applying the "Safety Engineering Hierarchy" in industrial work settings. Proceedings, 13th Annual International Conference on Industrial Engineering: Theory, Applications and Practice, Las Vegas, NV, 2008.

Arndt S, Young D, Krauss D. Human factors issues in trucking—What does a qualified expert need to know? Trucking Law Seminar, Phoenix, AZ, April 17, 2008.

Arndt SR, Wood CT, Delahunt PB, Wall CT, Krauss DA. Who's in the back seat? A study of driver inattention. Proceedings, 50th Annual Meeting of the Human Factors and Ergonomics Society, Santa Monica, CA, 2006.

Krauss DA, Kuzel MJ, Arndt SR, Delahunt PB. Validation of digital image representations of low-illumination scenes. SAE Paper 2006-01-1288, Society for Automotive Engineers, Inc., 2006.

Huntley-Fenner G, Arndt S, Sanders K. Case study: Pedestrian behavior at grade crossings. Proceedings, Int Conf Indust Engin Theory Applic Practice 2005; 10:69–73.

RFC-Lane 125492

**Steven R. Arndt, PhD, CHFP**
*Human Factors*



Arndt SR, Hammoud SA, Cargill RS. Head accelerations experienced during everyday activities and while riding roller coasters. Proceedings, 48th Annual Meeting of the Human Factors and Ergonomics Society, New Orleans, LA, 2004.

Al-Tarawneh IS, Stevens WJ, Arndt SR. An analysis of home and hospital medical device incidents in the MAUDE database. Proceedings, 48th Annual Meeting of the Human Factors and Ergonomics Society, Santa Monica, CA, 2003.

Arndt SR, Al-Tarawneh IS. Fixed-site amusement park injuries: An examination of two sources of data. Proceedings, 47th Annual Meeting of the Human Factors and Ergonomics Society, Santa Monica, CA, 2003.

Arndt SR, Cargill RS. Everyday life accelerations. Injury Insights, Publication of the National Safety Council, p. 6–7, June/July 2003.

Arndt S, Ayres TJ, Li L, Wood CT, Young D. Human factors in product recall planning. Proceedings, 6th Annual International Conference on Industrial Engineering, November 2001.

Arndt SR, Hammoud S, Kennett K. The role of human factors, biomechanics and accident reconstruction in forklift accident investigations. Proceedings, 6th Annual International Conference on Industrial Engineering—Theory, Applications and Practice, San Francisco, CA, November 18–20, 2001.

Wood CT, Arndt S, Kelkar R. Children's use of various internal automobile trunk release mechanisms intended to reduce child entrapment risk. Proceedings, Human Factors and Ergonomics Society Annual Meeting, pp. 912–915, 1999.

Arndt S, Humphrey D, Kelkar R, Kelsh M, McCarthy R, Mrad R. Repetitive stress injuries: incidence trends, the regulatory landscape and verdict. Proceedings, Silicon Valley Ergonomics Conference & Exposition, ErgoCon '99, San Jose, CA, June 1–4, 1999.

Ayres TJ, Wood CT, McCarthy RL, Arndt SR. Relative rollover risk estimates for pickup trucks. Proceedings, 7th International Conference on Product Safety Research, Washington, DC, 1999.

Arndt S, Ayres T, McCarthy R, Schmidt R, Wood CT, Young D. Warning labels and accident data. Proceedings, Human Factors and Ergonomics Society Annual Meeting, pp. 550–553, Chicago, IL, October 1998.

Ayres TJ, Arndt SR, Young DE. Product-related risk of falling among the elderly. Proceedings, Silicon Valley Ergonomics Conference and Exposition, San Jose, CA, 1998.

Wood CT, Arndt SR, McCarthy RL. Using risk analysis to reduce the hazards on playgrounds. Proceedings, National Manufacturing Week Conference, Chicago, IL, March 1998.

Wiker SF, Vanderheiden G, Lee S, Arndt SR. Development of tactile mice for blind access to computers: Importance of stimulation locus, size, and vibrotactile display resolution. Proceedings, Human Factors Society 35th Annual Meeting, pp. 708–712, 1991.

**Steven R. Arndt, PhD, CHFP**
*Human Factors*



## DISSERTATION

Gauging and Predicting Manual Assembly Performance in Impaired Populations: An Analysis of the Reliability, Validity and Utility of the Telerobotic Performance Analysis System (TPAS), A Dissertation Submitted in Partial Fulfillment of the Requirements for the Degree of Doctor of Philosophy (Industrial Engineering) at the University of Wisconsin-Madison, 1996

EXHIBIT V

RFC-Lane 125494