IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF ROSHAD MCINTOSH, )<br>Deceased, by Cynthia Lane, Administrator, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF CHICAGO, Chicago Police Officers )<br>SLECHTER, Star # 4924; SAMPIM, )<br>Star #19641; ZODO, Star #1561; and BOWERY )<br>Star # 11973, )<br>)<br>Defendants. ) | No. 1:15-cv-01920<br><br>Judge Mary M. Rowland<br><br>Magistrate Judge Sheila M. Finnegan | |

PLAINTIFF'S MOTION FOR LEAVE TO FILE
HER RESPONSE IN OPPOSITION TO DEFENDANT CITY
OF CHICAGO'S MOTION FOR SUMMARY JUDGMENTAN EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT CHICAGO'S MOTION TO BAR

Plaintiff, by her undersigned attorneys, moves the court for leave to file her response in opposition to the City of Chicago's Motion for Summary Judgment and in support of this motion states:

1. On October 4, 2021, this Court ordered that Plaintiff file her response to the Defendant City of Chicago's Motion for Summary Judgment on January 7, 2022. (Dkt. 298)

2. Because of unanticipated demands of his workload and professional schedule, Plaintiff's counsel seeks leave to file Plaintiff her response instanter on January 8, 2022, one day after the ordered file date.

3. Plaintiff's counsel has not spoken with Defendant Chicago's counsel about this motion because of the late hour of the filing of this motion.

4. WHEREFORE, the Plaintiff respectfully requests that the Court:

2

    A.    Grant the Plaintiff leave to file her response to Defendant City of Chicago's Motion for Summary Judgment instanter on January 8, 2022;

    B.    Grant such other relief as the Court considers just.

January 7, 2022

/s/ Carlton Odim               .

Andrew M. Stroth
Carlton Odim
Action Injury Law Group, LLC
191 North Wacker Drive, Suite 2300
Chicago, IL 60606
(844) 878-4529
astroth@actioninjurylawgroup.com
carlton@actioninjurylawgroup.com

Antonio Romanucci
ROMANUCCI & BLANDIN, LLC
321 N Clark Street, Suite #900
Chicago, IL 60654
aromanucci@rblaw.net

*Attorneys for Plaintiff*